UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFAN JEREMIAH,

          Plaintiff,

v.

VNY MEDIA CORP.,

          Defendant.

Case No: 1:23-cv-08302-DEH

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon plaintiff Stefan Jeremiah's ("Plaintiff") Memorandum of Law in Support of Plaintiff's Motion to Strike Defendant's Answer, Plaintiff hereby moves this Court to strike the Answer filed on behalf of defendant VNY Media Corp. [Dkt. No. 10].

DATED: October 23, 2023

**SANDERS LAW GROUP**

By:    */s/ Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jheffert@sanderslaw.group
File No.: 126935
*Attorneys for Plaintiff*

---

Application GRANTED.

Plaintiff's motion to strike is granted. Defendant must answer by **December 21, 2023**. Plaintiff's motion for leave for a default judgment is denied without prejudice of renewal.

The Clerk of Court is respectfully directed to terminate ECF No. 12.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 25, 2023
New York, New York

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 24, 2023, a true and correct copy of the foregoing was served via the CM/ECF system on all parties and counsel as well as via USPS to:

VNY Media Corp.<br>
230 Park Avenue, 21st Floor<br>
New York, New York 10169

                                            */s/ Jaymie Sabilia-Heffert*
                                            Jaymie Sabilia-Heffert, Esq.

SLG SANDERS LAW GROUP